**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 20 WAL 2017

               Respondent       :

                            :    Petition for Allowance of Appeal from
                            :    the Order of the Superior Court
             v.                  :

JACK J. JAROSZ, JR.,                :

               Petitioner         :

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.